B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **WESTERN POZZOLAN CORP.**

Debtor

Case No.   **12-11040-mkn**

Chapter   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 9,000,000.00 | | |
| B - Personal Property | Yes | 18 | 1,825,304.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,163,317.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 419,420.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 333,274.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 10,825,304.15 | | |
| Total Liabilities | | | | 2,916,012.27 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **WESTERN POZZOLAN CORP.**                              ,          Case No. ___**12-11040-mkn**___

                                                      Debtor

                                                                    Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **WESTERN POZZOLAN CORP.**                                    ,    Case No. ___**12-11040-mkn**___
_____
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **35 Acres**<br>**415-355 Scotts Road**<br>**Doyle CA** | | - | **9,000,000.00** | **2,163,317.13** |

|  | | | Sub-Total >    **9,000,000.00** | (Total of this page) |
|---|---|---|---|---|
|  | | | Total >    **9,000,000.00** | |

___**0**___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **WESTERN POZZOLAN CORP.**                                          ,     Case No.    **12-11040-mkn**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | - | 85.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **County of Lassen-CD** **Financial insurance for the mine** **Required-Automatically renewed every year** | - | 34,927.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >              **35,012.00**
(Total of this page)

  **17**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                          ,    Case No.    __12-11040-mkn__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | American Clay 8724 Alameda Park Drive., NE Suite F Alburquerque, NM 87113 | - | 2.00 |
| | | Aqua Trap Sean Hamilton 1796 Woodtrail Drive Sparks, NV 89434 | - | 527.35 |
| | | AquaFirst Technologies Inc. Bernie Neufeld P.O. Box 5416 Victoria BC V8R 6S8 | - | 26,356.18 |
| | | Clean Harbors Enviromental Service 2500 E. Victoria Street Compton, CA 90220 | - | 170.75 |
| | | Dr. George Thorburn | - | 50.74 |
| | | Earth-Way, LLC Mike O'Leary PO Box 352 Big Bend, WI 53103 | - | 11,956.79 |
| | | Earthco Systems 1126 2nd Street Sacramento, CA 95814 | - | 973.29 |

Sub-Total >          40,037.10
(Total of this page)

Sheet  __1__  of  __17__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                           ,    Case No.    **12-11040-mkn**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | EcoSmart Technologies Erwin Lapschies c/o Corp. Met, Suite B 10025 Siempore Viva Road San Diego, CA 92154 | - | 17.82 |
| | | Envirocycke Dan Longworth 2850 North Nellis Las Vegas, NV 89115 702-836-9978 | - | 37,208.20 |
| | | GAIL MATERIALS 10060 Dawson Canyon Road Corona CA 92883 | - | 61.48 |
| | | Golden Earth Distribution 4059 Louisiana Street #2 San Diego, CA 92104 | - | 9,287.82 |
| | | HGM Consulting, LLC PO Box 68888 Oro Valley, AZ 85737 | - | 5,830.00 |
| | | Indigrow LTD Lower Farm Barn Wasing Aldermaston Berks, RG7 4NG | - | 6,240.00 |
| | | Nevada Recreation Inc. Josh Ketcham 10 Mule Deer Drive Reno, NV 89523 | - | 6,937.00 |
| | | North Pacific Group AG Products Division 10200 SW Greenburg Road Portland, OR 972223 | - | 1,383.04 |
| | | Reno Fire Department Headquarters Administration 401 Ryland Street #100 Reno, NV 89502 | - | 249.08 |
| | | Sterling Sand Brent Meyers 2800 William Tuller Dr. Columbia, SC 29205 | - | 3,789.60 |
| | | TechnoGreen 8 Latitude North Paradise Palms Drive Kewarra Beach Queensland 4879 Australia | - | 1,979.15 |
| | | TMT Enterprises Matt Moore 1996 Oakland Rd San Jose, CA 95131 | - | 3,321.00 |

                                                       Sub-Total >        **76,304.19**
                                                    (Total of this page)

Sheet   **2**   of   **17**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                            ,      Case No.    **12-11040-mkn**

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Turf Canada<br>Trevor Parkes<br>#10 Kimberly Court<br>Richmond Hill, Ontario L4E 4C6 | - | 36.00 |
| | | Turf Time Inc.<br>Larry Lane<br>PO Box 4141<br>Dana Point CA 92629 | - | 6,159.30 |
| | | Upstart Products, Inc<br>4285 Capron Road<br>Titusville, FL 32780 | - | 6.16 |
| | | Western Industrial Parts<br>PO Box 5385<br>Reno NV 89504 | - | 418.90 |
| | | Western Site Technologies, Inc. Gary Barnes Bay 6<br>2280 39th Ave NE<br>Calgary, Alberta, Canada T2E 6P7 | - | 4,594.50 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **11,214.86**
(Total of this page)

Sheet   **3**   of   **17**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                              ,    Case No.    **12-11040-mkn**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 4' folding table | - | 10.00 |
| | | 7 Drawer steel desk | - | 30.00 |
| | | Cloth Chairs | - | 20.00 |
| | | Three drawer wooden desk | - | 30.00 |
| | | Small refrigerator | - | 25.00 |
| | | Computer desk | - | 40.00 |
| | | 7 drawer steel desk | - | 30.00 |
| | | 7 drawer wooden desk | - | 30.00 |
| | | HP Printers | - | 75.00 |
| | | Brother Fax Machine | - | 40.00 |
| | | (3) two line phones | - | 25.00 |
| | | Swivel cloth office chairs | - | 40.00 |
| | | HP computer with monitor and key board | - | 50.00 |

Sub-Total >                445.00
(Total of this page)

Sheet __4__ of __17__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.** ,    Case No.    **12-11040-mkn**
_____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dell computer with monitor and key board | - | 100.00 |
| | | Cannon Copier | - | 50.00 |
| | | Three drawer filing cabinets | - | 50.00 |
| | | Four drawer filing cabinet | - | 100.00 |
| | | Four drawer Legal filing cabinet | - | 100.00 |
| | | Hepa vacuum cleaner | - | 20.00 |
| | | Paper shredder | - | 15.00 |
| | | Misc office supplies | - | 25.00 |
| | | 6 drawer steel desk | - | 25.00 |
| | | 4 drawer filing cabinet | - | 50.00 |
| | | Steel table | - | 35.00 |
| | | Small refrigerator | - | 25.00 |
| | | 6' folding table | - | 20.00 |
| | | 6' book shelf | - | 20.00 |
| | | 3' double door fire proof cabinet (2) | - | 100.00 |
| | | 4' x 8' steel work tables (2) | - | 200.00 |
| | | 6' Double door fire proof storage cabinet | - | 100.00 |
| | | 14" chop saw | - | 35.00 |
| | | Double grinding stand | - | 35.00 |
| | | Drill Press | - | 50.00 |
| | | Miller plasma cutter | - | 100.00 |
| | | Set cutting torches (2) | - | 100.00 |
| | | ESAB mig welder | - | 200.00 |
| | | 5 ton bottle jack | - | 5.00 |

Sub-Total >    **1,560.00**
(Total of this page)

Sheet __5__ of __17__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  __**WESTERN POZZOLAN CORP.**_____,    Case No. ___**12-11040-mkn**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 ton bottle jack (2) | - | 10.00 |
| | | 5 ton floor jack | - | 25.00 |
| | | 200 gallon oil tank (2) | - | 200.00 |
| | | 200 gallon kerosene tank | - | 100.00 |
| | | 6' step ladder | - | 30.00 |
| | | 8' step ladder | - | 40.00 |
| | | 10' step ladder | - | 50.00 |
| | | 30' extension ladder | - | 75.00 |
| | | 90 gallon portable fuel tank | - | 100.00 |
| | | 110 gallon portable fuel tank | - | 100.00 |
| | | Misc shovels and picks | - | 50.00 |
| | | Clothes Washer | - | 10.00 |
| | | Clothes Dryer | - | 10.00 |
| | | 4 door storage locker | - | 25.00 |
| | | Kerosene heater - Small | - | 30.00 |
| | | Kerosene heater - average (2) | - | 200.00 |
| | | Industrial battery charger | - | 50.00 |
| | | Gas air compressor | - | 100.00 |
| | | Rolla way tool box bottom | - | 30.00 |
| | | Rolla way tool box top | - | 30.00 |
| | | Misc hand tools | - | 100.00 |
| | | Lincoln 9000 welder/generator | - | 300.00 |
| | | Lincoln big 40 welder/generator | - | 400.00 |
| | | Wood Shelving | - | 10.00 |

|  | Sub-Total > | 2,075.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __**6**__ of __**17**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**
_____,    Case No.    **12-11040-mkn**
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Misc power tools | - | 200.00 |
| | | Pallet jack/scale (2) | - | 200.00 |
| | | Wood table | - | 10.00 |
| | | Pump Shrink Wrap machine | - | 200.00 |
| | | Steel Ramp | - | 50.00 |
| | | Steel table | - | 30.00 |
| | | Wheel barrow | - | 20.00 |
| | | 1/4CY cement mixer | - | 25.00 |
| | | 20" TV with VHS | - | 25.00 |
| | | Folding table | - | 10.00 |
| | | (3) steel chairs | - | 30.00 |
| | | (8) steel folding chairs | - | 40.00 |
| | | Steel table | - | 25.00 |
| | | Refrigerator | - | 45.00 |
| | | Microwave oven (2) | - | 30.00 |
| | | 6 door storage locker (2) | - | 20.00 |
| | | Grizzly Feed Hopper (24 CY) | - | 1,200.00 |
| | | Grizzly Discharge Conveyor with VFD | - | 2,900.00 |
| | | Primary Crusher Feed Conveyor | - | 2,000.00 |
| | | Primary Roll Crusher | - | 2,500.00 |
| | | Secondary Crusher Feed Conveyor | - | 10,500.00 |
| | | Gunlach Secondary Single Roll Crusher | - | 3,500.00 |
| | | Secondary Discharge Conveyor | - | 500.00 |
| | | LPS Discharge Conveyor #1 with VFD | - | 7,500.00 |

| | | | Sub-Total > | 31,560.00 |
|---|---|---|---|---|
| | | | (Total of this page) | |

Sheet __7__ of __17__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                              ,    Case No.    **12-11040-mkn**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | LPS Hopper Feed Conveyor | - | 4,500.00 |
| | | LPS Hopper Return Conveyor #2 | - | 2,500.00 |
| | | LPS Feed Auger | - | 500.00 |
| | | LPS Feed Hopper (4CY) | - | 500.00 |
| | | LPS Fresh Intake Bag Chamber | - | 1,200.00 |
| | | LPS Feed 12" Roots Blower #1 | - | 17,000.00 |
| | | LPS Feed 12' Roots Blower #2 | - | 17,000.00 |
| | | LPS Double Rail Car Chamber | - | 4,500.00 |
| | | Return Stacking Conveyor | - | 1,800.00 |
| | | Hammer Mill (2 Motors) | - | 2,500.00 |
| | | 7015 Roots Blower Package | - | 8,000.00 |
| | | 16 X 16 Rotary Air Lock Feeder | - | 1,500.00 |
| | | Wet Scrubber | - | 2,500.00 |
| | | Wet Scrubber Tank (1200 Gallon) | - | 500.00 |
| | | LPS Chamber Under Conveyor #1 | - | 2,500.00 |
| | | LPS Hopper Return Conveyor #2 | - | 2,500.00 |
| | | LPS Feed Auger | - | 500.00 |
| | | LPS Feed Hopper (4CY) | - | 500.00 |
| | | LPS Fresh Air Intake Bag Chamber | - | 1,200.00 |
| | | LPS Feed 12" Roots Blower #1 | - | 17,000.00 |
| | | LPS Feed 12" Roots Blower #2 | - | 17,000.00 |
| | | LPS Double Rail Car Chamber | - | 4,500.00 |
| | | Return Stacking Conveyor | - | 1,800.00 |
| | | Hammer Mill (2 Motors) | - | 2,500.00 |

|  | Sub-Total > | 114,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet    **8**    of    **17**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                      ,      Case No.   **12-11040-mkn**

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 7015 Roots Blower Package | - | 8,000.00 |
| | | 16 X 16 Rotary Air Lock Feeder | - | 1,500.00 |
| | | Wet Scrubber | - | 2,500.00 |
| | | Wet Scrubber Tank (1200 Gallon) | - | 500.00 |
| | | LPS Chamber Under Conveyor #1 | - | 2,500.00 |
| | | LPS Chamber Under Conveyor #2 | - | 2,500.00 |
| | | Surge Pile Radial Stacking Conveyor | - | 3,500.00 |
| | | Power Screen Portable Radial Stacker Conveyor | - | 18,000.00 |
| | | Radial Stacker Feed Conveyor | - | 3,500.00 |
| | | Skid Mountain 500 AMP MCC | - | 2,000.00 |
| | | Skid Mountain Control Center | - | 1,500.00 |
| | | Tunnel Discharge Conveyor #1 | - | 800.00 |
| | | Tunnel Discharge Conveyor #2 | - | 2,800.00 |
| | | Kiln Input Distributor Box | - | 500.00 |
| | | Kiln Bag House (26,000 CFM) | - | 14,000.00 |
| | | Baghouse Discharge Auger | - | 1,000.00 |
| | | Roots Blower #3 | - | 500.00 |
| | | Bulk Fuel Tanks Pump 1 | - | 250.00 |
| | | Bulks Fuel Tanks Pump 2 | - | 250.00 |
| | | Kiln Burner Booster Supply Pump | - | 250.00 |
| | | Disk Scrubber #1 (VFD) | - | 10,000.00 |
| | | Disk Scrubber #2 (VFD) | - | 10,000.00 |
| | | Disk Scrubber #3 (VFD) | - | 10,000.00 |
| | | Disk Scrubber #4 (VFD) | - | 10,000.00 |

                                         Sub-Total >     106,350.00
                                      (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**            ,   Case No.   **12-11040-mkn**

                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Disk Scrubber Recycle Pump | - | 500.00 |
| | | 10,000 Gallon Surfactant Tank | - | 5,000.00 |
| | | Kiln #1 Falk Hydraulic Drive | - | 30,000.00 |
| | | Kiln #2 DC Drive | - | 50,000.00 |
| | | Kiln #2 Primary Blower | - | 1,800.00 |
| | | Kiln #2 Hauck Burner System | - | 2,500.00 |
| | | Kiln Baghouse Dust Collector Star Feeder | - | 500.00 |
| | | Kiln Baghouse Roots Blower | - | 800.00 |
| | | Cooling Trammel #1 | - | 5,000.00 |
| | | Cooling Trammel #2 | - | 5,000.00 |
| | | Drag Chain | - | 7,800.00 |
| | | Bucket Elevator #1 | - | 9,000.00 |
| | | Hauck Burner Control System | - | 2,500.00 |
| | | Silo 2 to Silo 3 Transfer Conveyor | - | 500.00 |
| | | Silo #3A Vibrators X 4 | - | 400.00 |
| | | Silo #3B Vibrators X 4 | - | 400.00 |
| | | Silo 3A Discharge Conveyor with VFD | - | 2,500.00 |
| | | Silo 3B Discharge Conveyor with VFD | - | 2,500.00 |
| | | Blue Belt Conveyor | - | 2,000.00 |
| | | Silo Vibrators #2A X 4 | - | 400.00 |
| | | Silo Vibrators #2B X 4 | - | 400.00 |
| | | Silo 2A Discharge Conveyor with VFD | - | 2,500.00 |
| | | Silo 2B Discharge Conveyor with VFD | - | 2,500.00 |
| | | Silo Vibrators #1A X 4 | - | 400.00 |

Sub-Total >     **134,900.00**
(Total of this page)

Sheet  **10**  of  **17**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                             ,     Case No.    **12-11040-mkn**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Silo Vibrators #1B X 4 | - | 400.00 |
| | | Silo 1A Discharge Conveyor | - | 1,800.00 |
| | | Silo 1B Discharge Conveyor | - | 1,800.00 |
| | | Dillon Feed Conveyor with Belt Scale | - | 11,000.00 |
| | | Silo Discharge Control Hydraulic Pump | - | 500.00 |
| | | Tyler 2 Deck High Frequency Screen | - | 2,000.00 |
| | | Dillon 3 Deck Orbital Screen | - | 9,000.00 |
| | | Crusher Feed Conveyor | - | 1,200.00 |
| | | Gundlach Double Roll Crusher | - | 7,500.00 |
| | | J & H Feed Conveyor #1 | - | 4,500.00 |
| | | J & H Feed Conveyor #2 | - | 4,500.00 |
| | | J & H Discharge Dust Roots Blower | - | 2,200.00 |
| | | J & H Dust Conveyor | - | 1,500.00 |
| | | J & H Finished Product Conveyor | - | 1,500.00 |
| | | J & H #1-2 Deck High Frequency Screen | - | 9,500.00 |
| | | J & H #2-2 Deck High Frequency Screen | - | 9,500.00 |
| | | Oversized Return Conveyor | - | 2,800.00 |
| | | Return Auger to Kiln | - | 1,500.00 |
| | | Crusher Under Conveyor | - | 800.00 |
| | | Covered Finished Material Conveyor | - | 3,100.00 |
| | | Cross Over Conveyor #1 | - | 2,200.00 |
| | | Cross Over Conveyor #2 | - | 2,200.00 |
| | | Finish Silo Feed Conveyor with Belt Scale | - | 21,000.00 |
| | | Bucket Elevator #4 | - | 18,000.00 |

|  | Sub-Total > | 120,000.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet  **11**  of  **17**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                              ,    Case No.    **12-11040-mkn**

                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Off Spec Conveyor | - | 1,500.00 |
| | | Rotary Compressor Main | - | 9,000.00 |
| | | Rotary Compressor Secondary | - | 5,000.00 |
| | | Three Lung Quincy Compressor | - | 2,500.00 |
| | | Two Lung Quincy Compressor #1 | - | 1,800.00 |
| | | Two Lung Quincy Compressor #2 | - | 1,800.00 |
| | | Two Lung Quincy Compressor #3 | - | 1,800.00 |
| | | Rotary Compressor Warehouse | - | 2,100.00 |
| | | Air Dryer Atlas Copco FD40 #1 | - | 1,200.00 |
| | | Air Dryer Atlas Copco FD40 #2 | - | 1,200.00 |
| | | Compressor Room Evacuation Blower | - | 500.00 |
| | | South Baghouse (18,000 CFM) | - | 8,500.00 |
| | | South Baghouse Auger | - | 500.00 |
| | | North Baghouse (18,000 CFM) | - | 8,500.00 |
| | | North Baghouse Auger #1 | - | 1,800.00 |
| | | North Baghouse Auger #2 | - | 2,000.00 |
| | | Facility PLC Control System | - | 15,000.00 |
| | | 10,000 Gallon Portable Water Tower | - | 7,500.00 |
| | | Marathon Generator 400 KW/500 KVA | - | 25,000.00 |
| | | Miller Big 40 Genset and Welder | - | 1,500.00 |
| | | 70 Cardinal Truck Scale | - | 15,000.00 |
| | | Single Axel Rail Scale | - | 12,000.00 |
| | | 10 CY Secondary Hopper with 30' 10" Auger | - | 3,400.00 |
| | | Rail Silo Baghouse (2100 CFM) | - | 750.00 |

|  | Sub-Total > | 129,850.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __12__ of __17__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                              ,    Case No.    **12-11040-mkn**
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| | | Silo 5 Baghouse Baghouse (2100 CFM) | - | 750.00 |
| | | Warehouse Baghouse #1 (800 CFM) | - | 750.00 |
| | | Warehouse Baghouse #2 (800 CFM) | - | 750.00 |
| | | Misc Shop Equipment | - | 10,000.00 |
| | | Halliburton #1 | - | 2,500.00 |
| | | Halliburton #2 | - | 2,500.00 |
| | | Ball Mill #1-8x12 | - | 125,000.00 |
| | | Ball Mill #2-8x12 | - | 50,000.00 |
| | | 7LP Roots Blower Package | - | 8,000.00 |
| | | Silo 4-14x14 Air Lock Star Feeder | - | 1,800.00 |
| | | Silo 5-10" Air Slide | - | 500.00 |
| | | Silo 6-18" Auger | - | 800.00 |
| | | Silo 7-18" Auger | - | 800.00 |
| | | Sturdevent Air Clasifier #1 | - | 6,500.00 |
| | | Sturdevent Air Clasifier #2 | - | 6,500.00 |
| | | Bucket Elevator #2 | - | 8,000.00 |
| | | Bucket Elevator #3 | - | 8,000.00 |
| | | Roots Blower #4 | - | 500.00 |
| | | Roots Blower #5 | - | 800.00 |
| | | Hauck Blower | - | 500.00 |
| | | Cat 966 Wheel Loader | - | 34,000.00 |
| | | Cat 950 Wheel Loader | - | 19,000.00 |
| | | Cat D5H LPG Dozer | - | 28,000.00 |
| | | International 4000 Gallon Water Truck | - | 16,000.00 |

Sub-Total >                331,950.00
(Total of this page)

Sheet __13__ of __17__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **WESTERN POZZOLAN CORP.**
_____,      Case No.      **12-11040-mkn**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | International 10 Wheel Dump Truck | - | 8,500.00 |
| | | 1100 CF Pneumatic Trailer | - | 25,000.00 |
| | | JLG 60' Manlift | - | 4,500.00 |
| | | Bobcat Skid Loader | - | 7,100.00 |
| | | 2006 Chevy 1 Ton Dually Pickup | - | 20,000.00 |
| | | 2002 Ford F450 1 Ton Service Truck | - | 26,000.00 |
| | | 2001 Ford F350 1 Ton Flatbed Dually | - | 14,000.00 |
| | | 1995 1/2 Ton Chevy | - | 1,500.00 |
| | | 2001 1/2 Ton Chevy S-10 | - | 1,500.00 |
| | | 10 CY Cement Mixer | - | 2,100.00 |
| | | 1986 Ford 1 Ton Flatbed "A" Frame | - | 3,500.00 |
| | | Cat R80 10,000 lb Forklift | - | 5,500.00 |
| | | Cat 5000 lb Forklift | - | 4,000.00 |
| | | Misubishi 5000 lb Forklift | - | 4,000.00 |
| | | Kawasaki Mule | - | 500.00 |
| | | Silo 1 3000 Ton 48' x 48' | - | 25,000.00 |
| | | Silo 2 3000 Ton 48' x 48' | - | 25,000.00 |
| | | Silo 3 3000 Ton 48' x 48' | - | 25,000.00 |
| | | Silo 4 1400 Ton 32' x 48' | - | 20,000.00 |
| | | Silo 5 1400 Ton 32' x 48' | - | 20,000.00 |
| | | Silo 1700 Ton 36' x 48' | - | 22,000.00 |
| | | Silo 1700 Ton 36' x 48' | - | 22,000.00 |
| | | Finish Silo 25 Ton | - | 16,500.00 |
| | | Rail Silo 30 Ton | - | 18,000.00 |

|  | Sub-Total > | 321,200.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **14**   of   **17**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.** ,                      Case No.   **12-11040-mkn**
_____                      _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Rail Batch Hopper 12 Ton with Load Cells | - | 12,000.00 |
| | | Pup Shrink Wrap Machine | - | 500.00 |
| | | Valve Bagger Roots Blower #6 | - | 500.00 |
| | | Bagging Conveyor #1 | - | 350.00 |
| | | Bagging Conveyor #2 | - | 2,000.00 |
| | | Bagging Conveyor #3 | - | 2,000.00 |
| | | Layco Blender #1 | - | 4,500.00 |
| | | Layco Blender #2 | - | 4,500.00 |
| | | Valve Packer | - | 2,500.00 |
| | | Bagging Conveyor #4 | - | 2,500.00 |
| | | Bagging Conveyor #5 | - | 2,500.00 |
| | | Bagging Conveyor #6 with Belt Scale | - | 3,000.00 |
| | | Bagging Conveyor #7 with Belt Scale | - | 3,000.00 |
| | | Bag Sealer | - | 1,500.00 |
| | | Above Ground 8000 Gallon Fuel Tank #1 | - | 8,000.00 |
| | | Above Ground 8000 Gallon Fuel Tank #2 | - | 8,000.00 |
| | | Above Ground 8000 Gallon Fuel Tank #3 | - | 8,000.00 |
| | | Above Ground 500 Gallon Propane Tank | - | 500.00 |
| | | Above Ground 1000 Gallon Propane Tank #1 | - | 1,000.00 |
| | | Above Ground 1000 Gallon Propane Tank #2 | - | 1,000.00 |
| | | Above Ground 200 Gallon Fuel Tank | - | 200.00 |
| | | Upper Stockpile Bulk Raw Unsized-No Moisture Controls | - | 69,000.00 |
| | | Stockpile 1/4" x #20 Raw -No Moisture Controls | - | 25,500.00 |
| | | Stockpile 1/4"-Raw- No Moisture Controls | - | 0.00 |

|  | Sub-Total >  | 162,550.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **15**   of   **17**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                    ,    Case No. __12-11040-mkn__

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Stockpile 1" x 18 Raw - No Moisture Controls | - | 4,250.00 |
| | | Silo 1 A -1/4" Minus Raw | - | 3,750.00 |
| | | Silo 2 Bulk Calcined Red | - | 19,500.00 |
| | | Silo 3- Bulk Calcined Red | - | 4,875.00 |
| | | Silo 5 - Bulk 20 MX Feed Stock or Fire Retartant | - | 76,500.00 |
| | | Hygromite - 3/4 x 1/2 Supersacks | - | 4,284.00 |
| | | Hygromite - 1/2 x 1/4 25lb New Bags | - | 0.00 |
| | | Hygromite - 1/2 x 1/4 25lb Old Bags | - | 0.00 |
| | | Lassenite I Low Temp 12 x 28 - 25 lb Bags Toma | - | 270.00 |
| | | Absorbs All 200lb Drum | - | 80.00 |
| | | Absorbs All 27 1/2 lb Buckets | - | 2,910.00 |
| | | Absorbs All Raw - 25lb Bags | - | 300.00 |
| | | Lassenite R 1/4" x # 20 Raw -30lb Bags White | - | 2,557.00 |
| | | Lassenite R 1/4" Minus Raw - Super Sacks | - | 0.00 |
| | | Lassenite SR 325 MX - Super Sacks | - | 495.00 |
| | | Lassenite SR 20 - Mesh Super Sacks | - | 10,800.00 |
| | | 10 x 20 Raw - Super Sacks | - | 0.00 |
| | | 10 x 20 High Temp Red Calcined - Super Sacks | - | 1,500.00 |
| | | 1/8" Mesh High Temp 25lbs Clear Bags | - | 975.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | 1" Minus Raw | - | 2,750.00 |

Sub-Total >        135,796.00
(Total of this page)

Sheet __16__ of __17__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                     ,    Case No.    **12-11040-mkn**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | **Upper Stockpile Pitrun** | - | **70,000.00** |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **70,000.00** |
| (Total of this page) | | |
| Total > | | **1,825,304.15** |

Sheet   **17**   of   **17**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **WESTERN POZZOLAN CORP.**                                    Case No.    **12-11040-mkn**
_____ ,
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxx8000**  <br><br> **Bankruptcy Section MS A340 Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812** | - | | | | **2006, 2009, 2010**  <br><br> **Taxes**  <br><br> **35 Acres 415-355 Scotts Road Doyle CA** | | | | | |
| | | | | | Value $            **9,000,000.00** | | | | **32,094.51** | **0.00** |
| Account No.  <br><br> **Interest Income Partners PO Box 11087 San Rafael, CA 94901** | - | | | | **Deed of Trust**  <br><br> **35 Acres 415-355 Scotts Road Doyle CA** | | | | | |
| | | | | | Value $            **9,000,000.00** | | | | **2,131,222.62** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal <br> (Total of this page) | **2,163,317.13** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **2,163,317.13** | **0.00** |

B6E (Official Form 6E) (4/10)

In re __WESTERN POZZOLAN CORP.__        Case No. __12-11040-mkn__

                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__3__ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                              ,    Case No.    __12-11040-mkn__
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **80-05**<br><br>**State Comp Insurance**<br>**PO Box 96049**<br>**Redding, CA 96049** | - | | **Workers Comp** | | | | 3,874.35 | 0.00<br><br>3,874.35 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,874.35 | 3,874.35 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                    ,    Case No.    **12-11040-mkn**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8000**<br><br>**Bankruptcy Section MS A340**<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | - | | **2006, 2009, 2010**<br><br>**Taxes** | | | | 829.28 | 0.00 | 829.28 |
| Account No.<br><br>**Department of Treasury**<br>**1973 N Rulon White Blvd**<br>**Ogden, UT 84201** | - | | **12/31/2006**<br><br>**Tax Audit from 2006** | | | | 279,323.37 | 0.00 | 279,323.37 |
| Account No. **2010**<br><br>**DMV**<br>**PO Box 942894**<br>**Sacramento, CA 94294** | - | | **11/23/2009**<br><br>**Vehicle Registration** | | | | 1,482.00 | 0.00 | 1,482.00 |
| Account No. **609**<br><br>**Lassen County Tax**<br>**220 South Lassen Street #3**<br>**Susanville, CA 96130** | - | | **Property Taxes** | | | | 87,923.30 | 0.00 | 87,923.30 |
| Account No.<br><br>**Nevada Department of Taxation**<br>**PO Box 98560**<br>**Las Vegas, NV 89183** | - | | **Taxes** | | | | 46.47 | 0.00 | 46.47 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 369,604.42 | | 369,604.42 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                                    ,          Case No.    **12-11040-mkn**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.                                        **Tax Audit from 2006** | | | | | | | | |
| **State of CA Franchise Tax**<br>**PO Box 942857**<br>**Sacramento, CA 94257** | - | | | | | | | 0.00 |
| | | | | | | | 45,941.90 | 45,941.90 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **3**   of  **3**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 45,941.90 | 45,941.90 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 419,420.67 | 419,420.67 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **WESTERN POZZOLAN CORP.**                           ,     Case No.    **12-11040-mkn**
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **ABC Fire** <br> **572-B2 Reactor Way** <br> **Reno, NV 89502** | | - | | | **Outside Contracting** | | | | 1,103.38 |
| Account No. **3972** <br><br> **Allied Washoe Petroleum** <br> **2500 East 4th Street** <br> **Reno, NV 89512** | | | | | **Parts and Materials** | | | | 17.08 |
| Account No. **01-09** <br><br> **American Canyon Dev** <br> **PO Box 3218** <br> **Auburn, CA 95604** | | - | | | **Outside Contracting** | | | | 22,798.24 |
| Account No. **0669** <br><br> **Aspen Publishers** <br> **4829 Innovation Way** <br> **Chicago, IL 60682** | | - | | | **Regulation Books & Updates** | | | | 127.44 |
| __19__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 24,046.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                                   ,          Case No.   **12-11040-mkn**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5649** <br><br> **Branom Instruments** <br> **PO Box 80307** <br> **Seattle, WA 98108** | | - | | | Parts and Materials | | | | 287.45 |
| Account No. **6199** <br><br> **C.H. Robinson** <br> **PO Box 9121** <br> **Minneapolis, MN 55480** | | - | | | Transportation-Line Haul | | | | 900.00 |
| Account No. <br><br> **C2C Resources, LLC** <br> **56 Perimeter Center East** <br> **Atlanta, GA 30346** | | - | | | Collection Agency for Flynn & Enslow Inc | | | | 0.00 |
| Account No. **ULYJ** <br><br> **Cacsi** <br> **16011 College Blvd Suite 101** <br> **Lenexa, KS 66219** | | - | | | Shipping | | | | 430.29 |
| Account No. **C-D10** <br><br> **Cal/Osha Compliance Advisor** <br> **1819 Polk Street #290** <br> **San Francisco, CA 94109** | | - | | | Compliance Manuals | | | | 267.00 |

Sheet no. __1___ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,884.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                    ,          Case No.    **12-11040-mkn**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **8122**<br><br>**California Capital Insurance Company**<br>**PO Box 3110**<br>**Monterey, CA 93942** | - | | | | Vehicle Insurance | | | | 0.00 |
| Account No. **1625**<br><br>**Cashman Cat**<br>**3300 St. Rose Parkway**<br>**Henderson, NV 89052** | - | | | | Equipment Repairs | | | | 4,967.17 |
| Account No. **4731**<br><br>**Certified Laboratories**<br>**PO Box 2493**<br>**Fort Worth, TX 76113** | - | | | | Material Testing | | | | 1,044.38 |
| Account No. **0002**<br><br>**Clearwater Environmental**<br>**PO Box 2407**<br>**Union City, CA 94587** | - | | | | Fuel for Kilns | | | | 5,850.00 |
| Account No. **8958**<br><br>**Collection Service of Nevada**<br>**777 Forest Street**<br>**Reno, NV 89509** | - | | | | Collection Agency for ABC Fire | | | | 0.00 |

| | |
|---|---|
| Sheet no. __2__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    11,861.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.** _____,    Case No. __**12-11040-mkn**__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **25** <br><br> **Collection Service of Nevada** <br> **777 Forest Street** <br> **Reno, NV 89509** | - | | **Collection Agency for Sierra Disposal** | | | | 0.00 |
| Account No. **1912** <br><br> **Commercial Recovery Corporation** <br> **9298 Central Ave NE, Suite 310** <br> **Minneapolis, MN 55434** | - | | **Collection Agency for NEBS** | | | | 0.00 |
| Account No. **724-0** <br><br> **Credit Management Corporation** <br> **PO Box 1396** <br> **Madison, CT 06443** | - | | **Collection Agency for Pitney Bowes, Inc** | | | | 0.00 |
| Account No. **2549** <br><br> **CRF Solutions** <br> **234 E. "O" Street** <br> **Colton, CA 92324** | - | | **Screens for Equipment** | | | | 2,996.20 |
| Account No. <br><br> **David Hays** <br> **3416 Lincoln Park Dr** <br> **Galesburg, IL 61401** | - | | **Collection Agency for Certified Laboratories** | | | | 0.00 |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,996.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   __WESTERN POZZOLAN CORP.__                                         ,          Case No.   __12-11040-mkn__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **L256** <br><br> **Dedicted Logistics** <br> **PO Box 411213** <br> **Kansas City, MO 64141** | | - | | **Shipping** | | | | 430.29 |
| Account No. <br><br> **Deluxe Welding** <br> **1995 Tampa Street** <br> **Reno, NV 89512** | | - | | **Outside Contracting for Equipment** | | | | 4,072.00 |
| Account No. <br><br> **Department of Treasury** <br> **1973 N Rulon White Blvd** <br> **Ogden, UT 84201** | | - | | **12/31/2006** <br> **Tax Audit 2006** | | | | 12,031.16 |
| Account No. **8605** <br><br> **ED Staub & Sons** <br> **PO Box 506** <br> **Tulelake, CA 96134** | | - | | **Fuel & Propane for Equipment** | | | | 16,584.38 |
| Account No. <br><br> **Electro-Tech/IES** <br> **PO Box 24046** <br> **Tempe, AZ 85285** | | - | | **Outside Contracting** | | | | 8,218.54 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,336.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                    ,      Case No.    **12-11040-mkn**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Employer Resource Inst.**<br>**1819 Dalk St #290**<br>**San Francisco, CA 94109** | | - | | **Dues & Subscriptions** | | | | 267.00 |
| Account No. **5857**<br><br>**Entergy**<br>**PO Box 8108**<br>**Baton Rouge, LA 70891** | | - | | **Warehouse Electrical & Rent** | | | | 121.67 |
| Account No. **6441, 6544, 7109, 7213**<br><br>**Enviroscientists**<br>**4600 Kietzke Lane #C 129**<br>**Reno, NV 89502** | | - | | **Consultants, Compliance & Permitting** | | | | 14,362.39 |
| Account No. **3459**<br><br>**Euler Hermes UMA**<br>**600 South 7th Street**<br>**Louisville, KY 40201** | | - | | **Collection Agency for Graphic Packaging** | | | | 0.00 |
| Account No. **6587**<br><br>**Feather River Publishing**<br>**PO Box B**<br>**Quincy, CA 95971** | | - | | **5/20/2009**<br>**Printing Weightmaster Certificate** | | | | 175.87 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,926.93

B6F (Official Form 6F) (12/07) - Cont.

In re  __WESTERN POZZOLAN CORP._____,        Case No. __12-11040-mkn_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **020-1** | | | - | | Shipping and Mailing | | | | |
| Fed Ex PO Box 7221 Pasadena, CA 91109 | | | | | | | | | 73.85 |
| Account No. **3180** | | | - | | Liability Insurance | | | | |
| First Insurance Funding Corp PO Box 66468 Chicago, IL 60666 | | | | | | | | | 3,213.81 |
| Account No. | | | - | | Parts & Materials | | | | |
| Flynn & Enslow PO Box 77366 San Francisco, CA 94107 | | | | | | | | | 1,652.79 |
| Account No. | | | - | | Transportation of Materials, Shipping | | | | |
| Freight Aces PO Box 4795 Doyle, CA 96109 | | | | | | | | | 10,345.51 |
| Account No. | | | - | | Phones | | | | |
| Frontier Communications PO Box 20550 Rochester, NY 14602 | | | | | | | | | 472.26 |

Sheet no. __6___ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,758.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                    Case No.    **12-11040-mkn**
                                                        ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xnv 52, 62, 66, 67** | | | | | Employee Expense Reports "Sales" | | | | |
| **Glenn Quirk** **10852 Len Street** **Santee, CA 92071** | | - | | | | | | | 12,243.46 |
| Account No. **7471** | | | | | Internet Services | | | | |
| **Got Sky Unlimited** **73233 State Route 70** **Portola, CA 96122** | | - | | | | | | | 424.80 |
| Account No. **5679** | | | | | Packaging | | | | |
| **Graphic Packaging** **PO Box 404170** **Atlanta, GA 30384** | | - | | | | | | | 5,186.50 |
| Account No. **9978** | | | | | Electrical Supplies | | | | |
| **Graybar** **1460 East 4th Street** **Los Angeles, CA 90033** | | - | | | | | | | 24.93 |
| Account No. **2255** | | | | | Equipment Rental | | | | |
| **H & E Equipment, Inc.** **PO Box 849850** **Dallas, TX 75284** | | - | | | | | | | 4,562.58 |

Sheet no. **7** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,442.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                          ,    Case No.    **12-11040-mkn**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5233**<br><br>**Hampdenpress**<br>**9955 East Hapden Ave**<br>**Denver, CO 80231** | - | | | | Media Advertising | | | | 704.07 |
| Account No. **4699**<br><br>**Harco Trucking**<br>**1473 E Greg St**<br>**Sparks, NV 89434** | - | | | | Trucking & Transportation | | | | 402.50 |
| Account No.<br><br>**Herolands Company**<br>**428 Planters Canal Rd**<br>**Belle Chasse, LA 70037** | - | | | | Electric Bill | | | | 59.90 |
| Account No. **8869**<br><br>**Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | - | | | | Parts & Materials | | | | 419.43 |
| Account No. **1445**<br><br>**Industrial Wood**<br>**19955 S. Reno PK Blvd**<br>**PO Box 60145**<br>**Reno, NV 89506** | - | | | | Pallets for Packaging | | | | 1,615.64 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,201.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                                    ,          Case No.   **12-11040-mkn**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6435** | | | Welding Supplies | | | | |
| **JW Welding** <br> **PO Box 1416** <br> **Fallon, NV 89407** | - | | | | | | 1,215.97 |
| Account No. **1640** | | | Packaging Bags | | | | |
| **KAM Group** <br> **486 W. Fontage Rd** <br> **Bolingbrook, IL 60440** | - | | | | | | 6,534.00 |
| Account No. **W 3G5** | | | Consultant for Marketing | | | | |
| **Ken McPhalen** <br> **26905 32 Ave** <br> **Langley, BC V4W 3G5** | - | | | | | | 600.00 |
| Account No. **nv 60** | | | Air Pollution Control Regulation Services | | | | |
| **Lassen County Air Pollution Control** <br> **707 Nevada Street Suite 1** <br> **Susanville, CA 96130** | - | | | | | | 3,056.50 |
| Account No. **8662** | | | Collection Agency for Pitney Bowes Bank | | | | |
| **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | - | | | | | | 0.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **11,406.47**

B6F (Official Form 6F) (12/07) - Cont.

In re      **WESTERN POZZOLAN CORP.**                                    ,          Case No.      **12-11040-mkn**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7487** <br><br> **MLT Providers** <br> **103 East Indiana Ave #A** <br> **Valparaiso, IN 46383** | | - | | | Transportation | | | | 345.00 |
| Account No. **83-01** <br><br> **Motion Industries** <br> **PO Box 98412** <br> **Chicago, IL 60693** | | - | | | Parts & Materials | | | | 1,481.22 |
| Account No. **6056** <br><br> **Munson Machinery** <br> **PO Box 855-210 Seward** <br> **Utica, NY 13503** | | - | | | Material Testing | | | | 300.00 |
| Account No. <br><br> **Napa** <br> **950 Bennie Ln** <br> **Reno, NV 89512** | | - | | | Parts & Materials | | | | 1,238.82 |
| Account No. <br><br> **NEBS** <br> **500 Main St** <br> **Groton, MA 01471** | | - | | | Office Supplies | | | | 326.38 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,691.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                  ,      Case No.   **12-11040-mkn**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7-23** <br><br> Network Commercial Services, Inc <br> 6355 Topanga Canyon Blvd Suite 255 <br> Woodland Hills, CA 91367 | - | | Collection Agency for Unishippers | | | | 0.00 |
| Account No. **1006** <br><br> Nevada Blue <br> PO Box 19459 <br> Reno, NV 89511 | - | | Marketing | | | | 822.44 |
| Account No. **0378** <br><br> Office Depot <br> PO Box 689020 <br> Des Moines, IA 50368 | - | | Office Supplies | | | | 599.49 |
| Account No. <br><br> Overseas Carriers, Inc <br> 2515-B Nasa Road, Suite 200 <br> Seabrook, TX 77586 | - | | Purchase made through OCI to CH Robinson | | | | 0.00 |
| Account No. **8243** <br><br> Pape Machinery <br> PO Box 5077 <br> Portland, OR 97209 | - | | Equipment Repair | | | | 46,118.33 |

Sheet no. __11__ of __19__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)       **47,540.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                                          ,          Case No.    **12-11040-mkn**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7464**<br><br>**Papros Inc**<br>**1190 S. Second St #1**<br>**San Jose, CA 95112** | - | | **Material Composition Data Testing** | | | | 5,000.00 |
| Account No. **2689**<br><br>**PAR Electrical Contractors, Inc**<br>**PO Box 846234**<br>**Dallas, TX 75284** | - | | **Electrical Contractors** | | | | 543.23 |
| Account No. **SP NC EMP**<br><br>**PAS Associates**<br>**1401 19th Street**<br>**Bakersfield, CA 93301** | - | | **HR Consultants** | | | | 65.50 |
| Account No.<br><br>**Pitney Bowes**<br>**PO Box 856390**<br>**Louisville, KY 40285** | - | | **Postage** | | | | 194.51 |
| Account No.<br><br>**Pitney Bowes Postage By Phone**<br>**PO Box 856042**<br>**Louisville, KY 40285** | - | | **Postage  Machine** | | | | 341.10 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,144.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **WESTERN POZZOLAN CORP.** ,  Case No.  __12-11040-mkn__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Dues & Subscriptions | | | | |
| Planning Mine Use PO Box 773 Point Arena, CA 95468 | - | | | | | | | 65.00 |
| Account No. | | | | Trucking | | | | |
| PLS Logistics Services Attn: John Brenner 3120 Unionville Road, Bldg 110 Cranberry Twp, PA 16066 | - | | | | | | | 4,519.23 |
| Account No. 7616 | | | | Electric Services | | | | |
| Plumas Sierra Electric 73233 St.Rt. 10 Portola, CA 96122 | - | | | | | | | 27,807.09 |
| Account No. 7471 | | | | Internet Service Provider | | | | |
| Plumas Sierra Wild Blue 72333 St. Rt. 10 Portola, CA 96122 | - | | | | | | | 424.80 |
| Account No. 194, 195, 196 | | | | Consultants | | | | |
| Powerhouse, LLC 14523 W 94th ST Lenexa, KS 66215 | - | | | | | | | 27,190.20 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **60,006.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **WESTERN POZZOLAN CORP.**                                Case No.  **12-11040-mkn**
                                        ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6930** <br><br> **Progressive Business Compliance** <br> **PO Box 3014** <br> **Malvern, PA 19355** | - | | Safety Supplies | | | | 118.99 |
| Account No. **2003** <br><br> **PS Environmental** <br> **23751 Madison St** <br> **Torrance, CA 90505** | - | | Plant Repair | | | | 1,895.88 |
| Account No. **3496** <br><br> **Quality Scales Unlimited** <br> **5401 Byron Hot Springs Road** <br> **Byron, CA 94514-1611** | - | | | | | | 3,288.78 |
| Account No. **1474, 1498, 1500** <br><br> **Quality Supply, LLC** <br> **5725 Bravo Lane** <br> **Reno, NV 89506** | - | | Packaging Pallets | | | | 3,243.69 |
| Account No. **4860** <br><br> **Remarc Manufacturing** <br> **1995 Tampa St** <br> **Reno, NV 89512** | - | | Equipment Repair | | | | 1,272.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,819.34

B6F (Official Form 6F) (12/07) - Cont.

In re      **WESTERN POZZOLAN CORP.**                               ,      Case No.      **12-11040-mkn**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **C-001**<br><br>**Reno Drain and Oil**<br>**11970 1-80 East**<br>**Sparks, NV 89434** | | - | | | Oil Disposal | | | | 10.50 |
| Account No. **4747**<br><br>**Reno Forklift**<br>**PO Box 50009**<br>**Sparks, NV 89435** | | - | | | Equipment Repair | | | | 2,406.60 |
| Account No. **1597**<br><br>**Roma, Murphy & Horowitz**<br>**2815 Camino Del Rio South Suite 111**<br>**San Diego, CA 92108** | | - | | | Collection Agency for Freight Aces, Inc | | | | 0.00 |
| Account No. **6555**<br><br>**Rumson Bolling & Associates**<br>**4570 Van Nuys Blvd #331**<br>**Sherman Oaks, CA 91403** | | - | | | Collection Agency for Deluxe Welding, Inc | | | | 0.00 |
| Account No.<br><br>**Scales Unlimited**<br>**1043 Serpentine Lane**<br>**Pleasanton, CA 94566** | | - | | | Equipment Repair | | | | 3,288.78 |

| Sheet no. **15** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,705.88 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **WESTERN POZZOLAN CORP.**                                        ,    Case No.  **12-11040-mkn**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Wespo** <br><br> **Sierra Disposal** <br> **PO Box 1596** <br> **Portola, CA 96122** | | - | | | Waste Disposal | | | | 1,153.80 |
| Account No. **8423** <br><br> **Sierra Electronics** <br> **PO Box 1545** <br> **Sparks, NV 89432** | | - | | | Hand Radios | | | | 445.50 |
| Account No. **6249** <br><br> **Sinnett Consulting** <br> **10580 N. McCarren #115** <br> **Reno, NV 89503** | | - | | | Consulting on BIT Program | | | | 245.00 |
| Account No. **58-09** <br><br> **State Compensation Insurance Fund** <br> **PO Box 997432** <br> **Sacramento, CA 95899** | | - | | | Workers Comp | | | | 3,876.64 |
| Account No. <br><br> **Steve Beck** <br> **1748 Senecio Dr** <br> **Larkspur, CO 80118** | | - | | | Expense Reports | | | | 15,366.60 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,087.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **WESTERN POZZOLAN CORP.**                                      ,      Case No.    **12-11040-mkn**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**The Law Office of David Hays**<br>**3416 Lincoln Park Dr.**<br>**Galesburg, IL 61401** | | - | | Collection Agency for Certified Laboratories | | | | 0.00 |
| Account No. **8989**<br><br>**Todahl Logistics**<br>**1244 Caterbury Rd #300**<br>**Shakopee, MN 55379** | | - | | Trucking & Transportation | | | | 5,100.00 |
| Account No. **9744**<br><br>**Transworld Systems**<br>**400 East 5th Ave**<br>**Columbus, OH 43219** | | - | | Collection Agency for Environmental Testing Laboratory | | | | 0.00 |
| Account No. **4572**<br><br>**Union Pacific Railroad**<br>**12567 Collections Center**<br>**Chicago, IL 60693** | | - | | Lease Agreement | | | | 2,121.80 |
| Account No.<br><br>**Unishoppers**<br>**12235 Beach Blvd #8**<br>**Stanton, CA 90680** | | - | | Trucking | | | | 1,194.93 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,416.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**
                                                            ,    Case No.    **12-11040-mkn**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9581** <br><br> **United Rentals** <br> **PO Box 79337** <br> **City of Industry, CA 91716** | | - | | | **Equipment Rental** | | | | 324.73 |
| Account No. **2299** <br><br> **UPS** <br> **PO Box 894820** <br> **Los Angeles, CA 90189** | | - | | | **Postage & Shipping** | | | | 685.96 |
| Account No. **3496** <br><br> **USA Scales Inc-Quility Scales Unlimited** <br> **5401 Byron Hot Springs Rod** <br> **Byron, CA 94514** | | - | | | **On Site Scale Service and Equipment Supplier** | | | | 1,291.62 |
| Account No. <br><br> **Wedco, Inc** <br> **PO Box 1131** <br> **Reno, NV 89504** | | - | | | **Electrical Supplier** | | | | 3,413.77 |
| Account No. **8364** <br><br> **Western Environmental Testing** <br> **475 E. Greg St #119** <br> **Sparks, NV 89431** | | - | | | **Material Testing** | | | | 230.00 |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,946.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **WESTERN POZZOLAN CORP.**                                           ,    Case No.    **12-11040-mkn**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3444** <br><br> **Western Industrial Parts** <br> **PO Box 5385** <br> **Reno, NV 89513** | | - | | | Parts & Materials | | | | 3,762.20 |
| Account No. **2087** <br><br> **Western Pacific Electric** <br> **PO Box 8075** <br> **Reno, NV 89507** | | - | | | Electrical | | | | 544.91 |
| Account No. <br><br> **Westside Transport** <br> **PO Box 50245** <br> **Bellevue, WA 98015** | | - | | | Trucking | | | | 600.00 |
| Account No. **0156** <br><br> **Williams & Shedd, Attorneys at Law** <br> **PO Box 15809** <br> **Sacramento, CA 95852** | | - | | | Attorneys seeking collection judgement on behalf of Western Utilities Transformer | | | | 10,108.40 |
| Account No. **3300** <br><br> **XM Satelite Radio** <br> **PO Box 78054** <br> **Phoenix, AZ 85067** | | - | | | Services | | | | 40.62 |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **15,056.13**

Total (Report on Summary of Schedules)    **333,274.47**

B6G (Official Form 6G) (12/07)

In re    **WESTERN POZZOLAN CORP.** ,                                    Case No.    12-11040-mkn
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **WESTERN POZZOLAN CORP.**                              ,    Case No.    __12-11040-mkn__
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **WESTERN POZZOLAN CORP.**              Case No.    **12-11040-mkn**

                                Debtor(s)                            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **48**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 24, 2012**                  Signature    **/s/ James W. Scott**

                                                  **James W. Scott**

                                                  **Vice President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re   **WESTERN POZZOLAN CORP.**                          Case No.   **12-11040-mkn**
                                    Debtor(s)              Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,019,205.00** | **2011: Debtor Income** |
| **$174,055.44** | **2010: Debtor Total Income** |
| **$310,380.63** | **2009: Debtor Total Income** |
| **$288,363.35** | **2008: Debtor Total Income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CALLISTER + ASSOCIATES, LLC 823 LAS VEGAS BLVD SOUTH 5TH FLOOR LAS VEGAS, NV 89101** | **01/25/2012** | **$15,000.00 Legal Fees and Filing Fee** |

4

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**530 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | **2016246332 & 3394795441** | **09/22/2010**<br>**Total Amount $ 3989.90** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **417-355 Scott Road, Doyle CA 96109-9686** | **Western Pozzolan** | **November 1999-Present (Part of Company still located there)** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Western Pozzolan** | 88-0443629 | **417-355 Scott Road Doyle, CA 96109** | **Mining** | **November 1999-Present** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Rebecca Reed 417-355 Scott Road Doyle, CA 96109** | **2007-Present** |
| **Christine Wagner 1120 Firehouse Alley Sacramento, CA 95814** | **2007-Present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **DRB Tax and Associates** | **PO Box 184** | **Dec 2008-Present** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

7

| NAME | ADDRESS |
|------|---------|
| **Rebecca Reed** | **417-355 Scott Road**<br>**Doyle, CA 96109** |
| **Christine Wagner** | **1120 Firehouse Alley**<br>**Sacramento, CA 95814** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------------------------------------|
| **January 2010** | **Guy Reed** | **60,000** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| **January 2010** | **Guy Reed**<br>**417-355 Scott Road**<br>**Doyle, CA 96109** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Steve Beck**<br>**1748 Senecio Dr**<br>**Larkspur, CO 80118** | **President** | **80 Shares 8%** |
| **Rebecca Reed**<br>**417-355 Scott Road**<br>**Doyle, CA 96109** | **Secretary** | **80 Shares 8%** |
| **James Scott**<br>**417-355 Scott Road**<br>**Doyle, CA 96109** | **Director** | **838 Shares 84%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

8

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 24, 2012**                    Signature  **/s/ James W. Scott**
                                                          **James W. Scott**
                                                          **Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **WESTERN POZZOLAN CORP.**                                    Case No.    **12-11040-mkn**
_____
                                    Debtor(s)              Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept .......................................    $ _____**15,000.00**

> Prior to the filing of this statement I have received .........................    $ _____**15,000.00**

> Balance Due ........................................................................................    $ _____**0.00**

2.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 24, 2012**                         **/s/ Matthew Q. Callister, Esq.**
_____                         _____
                                                          **Matthew Q. Callister, Esq. 001396**
                                                          **Callister + Associates**
                                                          **823 Las Vegas Blvd South, Fifth Floor**
                                                          **Las Vegas, NV 89101**
                                                          **(702) 385-3343   Fax: (702) 385-2899**
                                                          **mqc@call-law.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **WESTERN POZZOLAN CORP.**

Debtor

Case No.    **12-11040-mkn**

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 24, 2012**

Signature  **/s/ James W. Scott**

**James W. Scott**
**Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **WESTERN POZZOLAN CORP.**

Debtor(s)

Case No.   **12-11040-mkn**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 24, 2012**

**/s/ James W. Scott**

**James W. Scott/Vice President**
Signer/Title